# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

147742

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SUNNIE L. SCHWEIM,
   Claimant-Appellant,

v

             SC: 147742
             COA: 314426
             Wayne CC: 12-006982-AE

STEVE'S BLINDS AND WALLPAPER, LLC,
   Employer-Appellee,
and

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS/UNEMPLOYMENT
INSURANCE AGENCY,
   Appellee.

_____/

   On order of the Court, the application for leave to appeal the August 8, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



Clerk

t1216